UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TANA MCCOY | CIVIL ACTION NO. 22-0519 |
| VS. | JUDGE S. MAURICE HICKS, JR. |
| JUSTIN CARROWAY, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff Tana McCoy's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. The Clerk is now requested to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this 1st day of June, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT